UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 16-cv-23648-JAL

EMILIO PINERO,

        Plaintiff,

vs.

EQUITY ONE FLORIDA PORTFOLIO, INC.,
a Florida corporation

        Defendant.
_____/

## NOTICE OF SETTLEMENT

Defendant, Equity One (Florida Portfolio) Inc, through its undersigned counsel, hereby gives notice that all parties have reached a final settlement with Plaintiff. The settlement documents are in the process of being prepared and final dismissal papers will be filed with the Court within twenty (20) days.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on January 5, 2017, a true and correct copy of the foregoing was filed with this Court using CM/ECF. We also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notice of Electronic Filing generated by CM/ECF or by U.S. Mail to those who are not authorized to receive electronically Notices of Electronic Filing.

        **GREENSPOON MARDER, P.A.**
        *Defendant, Equity One (Florida Portfolio) Inc*.
        200 East Broward Boulevard, Suite 1800
        Fort Lauderdale, FL  33301
        Phone: (954) 491-1120 Ext. 1233
        Fax:    (954) 267-8027
        Peter.siegel@gmlaw.com

        BY: ___s/ Peter R. Siegel_____
              **PETER R. SIEGEL**
              Florida Bar #988634

CASE NO.: 16-cv-23648-JAL

## SERVICE LIST

*Attorneys for Plaintiff*

Lauren Wassenberg, Esq.
1825 NW Corporate Drive
Suite 110
Boca Raton, FL 33431
Tel: (561) 571-0646
Email: wassenbergl@gmail.com

2
.